UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DANIEL THACKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-3773 |
| | § | |
| BRAD LIVINGSTON; cp TDCJ, *et al*, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set forth in this Court's Order issued this day, this Court **DISMISSES** Charles Daniel Thacker's complaint (Docket Entry No. 1) **WITH PREJUDICE**.

Signed at Houston, Texas, this 4th day of November, 2005.

Melinda Harmon
United States District Judge